UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC RANCE, ) | |
| ) | CASE NO. C13-1974-RSM-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 22.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative law judge (ALJ) shall: (1) reassess plaintiff's impairments, including considering personality disorder under listing 12.08; (2) give further consideration to the opinion evidence of record, particularly the opinion

REPORT AND RECOMMENDATION
PAGE -1

of Dana Harmon, Ph.D.; (3) reassess plaintiff's maximum residual functional capacity; and (4), if warranted, obtain supplemental vocational expert evidence to assist in determining whether plaintiff can perform the physical and mental demands of past relevant work or other work in the national economy on a sustained basis.  Upon proper application, the Court will consider plaintiff's application for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412, *et seq*.

The Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A proposed order accompanies this Report and Recommendation.

DATED this 30th day of July, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2